GARALD T. LEE v. CNA INSURANCE COMPANY AND
ALLSTATE INSURANCE COMPANY.

March 11, 1986.

Petition for certification denied.

MINTA JACKSON v. 440 ELIZABETH AVE., CORP., INC.
AND CITY OF NEWARK.

March 11, 1986.

Petition for certification denied.

DE SOUZA TRIANGLE REAL ESTATE COMPANY v. RESORTS
INTERNATIONAL AND ATLANTIC SQUARE CORPORATION.

March 11, 1986.

Petition for certification denied.

SHARON COGELIA v. CLAIROL, INC., AND BREEN
COLOR CONCENTRATE, INC.

March 11, 1986.

Petition for certification denied.